**STATE v. RITCHIE**

[337 N.C. 688 (1994)]

| | | |
|---|---|---|
| STATE OF NORTH CAROLINA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| STEVEN GEORGE RITCHIE | ) | |

No. 313P94

(Filed 8 September 1994)

The State's petition for discretionary review pursuant to N.C.G.S. § 7A-31 is allowed for the purpose of entering the following order:

The Court of Appeals' opinion, filed 21 June 1994, is vacated, and the case is remanded to the Court of Appeals for reconsideration in light of this Court's opinion in *State v. Bryant*, 337 N.C. 298, 446 S.E.2d 71 (1994).

By order of the Court in Conference, this 8th day of September, 1994.

s/Parker, J.
For the Court